70,920-01,02,03
04,05,06

COURT OF CRIMINAL APPEALS OF TEXAS          OCT 16, 2015
CAPITOL STATION
P.O. BOX 12308
AUSTIN, TEXAS 78711


RE: TO WRIT CAUSE NUMBERS WR-70,926-01 THRU WR-70-926-06

DEAR CLERK,

  I AM CONTACTING YOUR OFFICE TODAY TO REQUEST
ASSISTANCE ON LEARNING THE STATUS OF THE ABOVE
MENTIONED CAUSE NUMBERS.

  YOUR ASSISTANCE WITH THIS MATTER IS GREATLY
APPRECIATED.

                              SINCERELY
                              Joe R. Casares
                              JOE CASARES #1383104
                              899 FM. 632 CONNALLY UNIT
                              KENEDY, TEXAS
                                            78119

CC:

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 22 2015
Abel Acosta, Clerk